**Dismissed and Memorandum Opinion filed February 8, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00666-CR
## NO. 14-21-00667-CR

---

**JOHN REGINALD DAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1643495, 1643496**

---

## MEMORANDUM OPINION

Appellant entered guilty pleas to the offenses of (1) felon in possession of a firearm and (2) possession with intent to deliver cocaine, a controlled substance. In accordance with the terms of two plea bargain agreements with the State, the trial court assessed punishment at confinement for 20 years in the Institutional Division of the Texas Department of Criminal Justice for each offense to run concurrently. We dismiss the appeal.

The trial court signed two certifications of the defendant's right to appeal in which the court certified these are plea bargain cases, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On January 3, 2022, this court notified the parties that the appeals would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeals.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b)